**Opinion issued March 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00862-CV**

_____

**IN RE ANDRÉ A. WHEELER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus
and/or Writ of Habeas Corpus**

---

**MEMORANDUM OPINION**

Relator, André A. Wheeler, has filed a "Petition for Writ of Mandamus and/or Writ of Habeas Corpus" challenging an order of enforcement by contempt and suspension of commitment for failure to pay child and medical support obligations.[1]

---

[1]   The underlying case is *In the Interest of M.O.W. and A.W.W., Children*, cause number 2011-49132, pending in the 246th District Court of Harris County, Texas, the Honorable Angela Graves-Harrington presiding.

We deny the petition. Relator's motion to stay the challenged order is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.